## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | ED CV 13-665 JSL (MRW) | Date | October 3, 2013 |
|---|---|---|---|
| Title | Magallon v. Colvin | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica McKamie | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None present | | None present |

**Proceedings:**       (IN CHAMBERS)   ORDER TO SHOW CAUSE RE: DISMISSAL OF
SOCIAL SECURITY APPEAL

Plaintiff filed this pro se appeal from an adverse Social Security determination in April
2013.  Shortly after filing the action, the Court issued an order setting forth the procedures to be
followed in the case.  (Docket # 7.)  That order required Plaintiff to file and serve a motion for
summary judgment – essentially, a statement of the issues to be pursued on appeal – within
30 days of the government's service of the administrative record in this case.

The government served those documents on August 20, 2013.  (Docket # 9-11.)
Plaintiff's summary judgment motion was therefore due by September 19.  However, to date,
Plaintiff has failed to file the required summary judgment papers.  As a result, the government
cannot respond to Plaintiff's claims, and the Court cannot fairly adjudicate this action.

Therefore, Plaintiff is ordered to show cause why this action should not be dismissed.
Plaintiff may discharge this order by filing: (i) a statement (not to exceed 5 pages excluding
exhibits) by or before October 25, 2013, addressing the issues set forth above; and (ii) Plaintiff's
summary judgment submission.  If no timely response is filed, the Court will recommend
dismissal of the action under Federal Rule of Civil Procedure 41 for failure to prosecute and for
failure to comply with this Court's order.