UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN LOPEZ MAGALLON, | ) Case No. ED CV 13-665 JSL (MRW) |
| Plaintiff, | ) |
| vs. | ) JUDGMENT |
| CAROLYN L. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

Pursuant to the Order Dismissing this action,

IT IS ADJUDGED that this action is hereby dismissed.

DATE: Dec, 3, 2013

_____
HON. J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE